```
1  Michael D. Adams (SBN 185835)
   madams@rutan.com
2  Zack Broslavsky (SBN 241736)
   zbroslavsky@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
5  Facsimile:  714-546-9035
```

JS-6

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ATLANTIS TOWING, an entity of unknown form; COREY CARBONNEAU, an individual; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO. CV 13-05869 FMO (AGRx)<br><br>**ORDER GRANTING STIPULATED PERMANENT INJUNCTION** |

Pursuant to the Stipulation for Entry of Permanent Injunction entered into by and between plaintiff AMERICAN AUTOMOBILE ASSOCIATION, INC. ("AAA" or "Plaintiff"), by and through its counsel, on the one hand, and defendants ATLANTIS TOWING, an entity of unknown form, and COREY CARBONNEAU, an individual (collectively "Defendants"), on the other hand.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants and their partners, agents, servants, employees, attorneys, confederates, successors, assigns, and all persons acting for, with, by, through, or under them, and any others within their control or supervision, and all others in active concert or participation with them, are permanently enjoined from using

AAA's trademarks, including but not limited to the AAA mark (stylized logo) U.S. service mark Registration No. 2,158,654 and/or the AAA mark (stylized vehicle striping) U.S. service mark Registration No. 2,693,460, or any other mark similar to either of these marks (collectively, the "AAA Marks"), either alone or in combination with other words or symbols.  This prohibition includes, but is not limited to, the following:

    a.    Using the AAA Marks, either alone or in combination with other words or symbols, in the marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with their business and other related services;

    b.    Using the AAA Marks, either alone or in combination with other words or symbols, in any form or manner that would tend to identify or associate Defendants or any of their affiliates, partners or agents with AAA in the marketing, sale, distribution, promotion, advertising, identification, or in any other manner in connection with any business; and

    c.    Representing to anyone (either orally or in writing) that the business of Defendants or of any of their affiliates, partners, agents, and all others in active concert or participation with them, is/are affiliated with or sponsored, approved, or endorsed by AAA or the Automobile Club of Southern California ("Auto Club").

2.    No later than fifteen (15) days after entry of this injunction, Defendants shall:

    a.    Remove the AAA Marks from vehicle(s) in Defendants' possession, custody or control;

    b.    Destroy all literature, labels, prints, packages, wrappers, containers, advertising materials, stationery, and any other items that contain the AAA Marks;

    c.    Remove or cover all instances of the AAA Marks;

d. Destroy all molds, plates, masters, or means of creating items that contain the AAA Marks;

e. Direct all Internet directories (including, without limitation, Yellow Pages and Super Pages) and websites that Defendants or their agent or affiliate has caused to carry any advertisement containing the AAA Marks to cease using such marks;

f. Direct all print phone books, directories, and discount books that Defendants or their agent or affiliate has caused to carry any trade names containing the AAA Marks to cease using such marks as soon as they are next renewed after the execution of this stipulation.

3. Defendants shall file with the Clerk of this Court and serve AAA, within thirty (30) days after the entry of this injunction, a report in writing, under oath, setting forth in detail the manner and form in which defendants have complied with paragraphs 1 and 2 above.

4. AAA shall file a Notice of Dismissal within (5) days of AAA receiving a satisfactory written report from Defendants pursuant to paragraph 3 above.

5. The Court shall retain jurisdiction over this matter subsequent to the filing of the Notice of Dismissal for the purpose of enforcing this injunction.

IT IS SO ORDERED.

Dated: January 27, 2014          /s/ Fernando M. Olguin          .
                                 United States District Court Judge